**Michael RANKINS, Plaintiff–Appellant,**

v.

**Gregory BONNER; Stop Shop Store; John Sotiropolos; Brenda K. Spruill, Defendants–Appellees.**

No. 02–6910.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

Michael Rankins, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Rankins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) com-

plaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rankins v. Bonner,* No. CA–02–303–5–BO (E.D.N.C. June 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*